UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Gipson, et al.,

                Plaintiff(s),

**O R D E R**

      -against –

7:19-CV-08424 (CS)

Bank of America Group Benefits Program, et al.
                       Defendant(s).
----------------------------------------------------------X
<u>Seibel, J.</u>

It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within forty-five days of the date of this order,

Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:  February 26, 2020

      White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.